### 14912.  Durden *v.* The State.

Luke, J. Extraordinary motions for new trials are not favored by the courts, and in passing upon such motions the trial judge is vested with a wide discretion. In this case the extraordinary motion, based upon the ground that two of the jurors who tried the defendant had prior to the trial expressed an opinion as to the defendant's guilt, was met

by a counter-showing by the State, and, under this showing, this court cannot hold that the trial judge abused his discretion in overruling the motion.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 5, 1923. REHEARING DENIED FEBRUARY 25, 1924.

Indictment for forgery; from Glynn superior court—Judge Highsmith. July 6, 1923.

Application for certiorari was denied by the Supreme Court.

*James R. Thomas & Son,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.